1
2
3
4
5
6                     IN THE UNITED STATES DISTRICT COURT
7
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    ALBERT GONZALEZ,
10            Plaintiff,                         No. C 06-05529 JSW
11       v.
12   CITY OF LIVERMORE,                          **ORDER REFERRING CASE TO**
                                                 **MAGISTRATE JUDGE FOR ALL**
13            Defendant.                         **PURPOSES**
                                          /
14
15        Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this
16   matter is HEREBY REFERRED to one of the following magistrate judges:  Magistrate Judge
17   Maria-Elena James or Magistrate Judge Joseph C. Spero or Magistrate Judge James Larson for
18   all further proceedings.
19
20        **IT IS SO ORDERED.**
21
22   Dated:  April 13, 2007                      _____
23                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE
24
25   cc: Wings Hom
26
27
28

**United States District Court**
For the Northern District of California