JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
Defendants City of Livermore, Officer A. Grajeda, and Officer D. Cleghorn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LIVERMORE, OFFICER LAMICA, individually and in his capacity as a member of the Livermore Police Department, OFFICER A. GRAJEDA, individually and in his capacity as a member of the Livermore Police Department, and OFFICER D. CLEGHORN, individually and in his capacity as a member of the Livermore Police Department,,<br><br>Defendant. | Case No. C06-05529 MEJ<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR MEDIATION**<br><br>Trial Date:   May 5, 2008 |

IT IS HEREBY STIPULATED between the parties that the deadline currently set for the parties to participate in mediation, July 5, 2007, needs to be continued for at least sixty (60) days, for the following good cause reasons.

This matter was set for mediation with mediator Deputy U.S. Attorney Steven Saltiel, Esq. for June 20, 2007. All parties exchanged mediation briefs in preparation for the June 20th mediation. On June 19th, Mediator Saltiel informed all parties that he was planning to fly to the East Coast on an emergency basis to care for an ailing parent so the mediation needed to be rescheduled. Not knowing whether or not such illness will further delay the mediation in this

matter, and due to the fact that the trial in this matter is not set until May of 2008, the parties hereby request an additional sixty (60) days to mediate this matter, up to and including September 5, 2007, or another date per the Court's discretion, for the new discovery deadline.

Good cause has been demonstrated by the parties and the currently set mediation deadline of July 5th should be continued to September 5th, or another date per the Court's discretion, in the interests of substantial justice in this matter.

IT IS SO AGREED.

LAW OFFICES OF WALTER L. DAVIS, ESQ.

Dated: Jun 28, 2007      By: _____
                              Walter Davis, Esq.
                              Attorney for Plaintiff Albert Gonzalez

Dated: June 28, 2007     MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
                         PFALZER, BORGES & BROTHERS LLP

                         By: _____
                             James V. Fitzgerald, III
                             Noah G. Blechman
                             Attorneys for Defendants
                             Defendants City of Livermore, Officer A. Grajeda, and
                             Officer D. Cleghorn

## ORDER

The current mediation deadline of July 5, 2007, is hereby continued to 9/5/2007, per the good cause showing by the parties, as indicated above.

IT IS SO ORDERED.

Dated: July 9, 2007

By: _____
    Hon. Maria-Elena James
    United States District Court Magistrate Judge

STIPULATION AND ORDER EXTENDING
MEDIATION DEADLINE – C06-05529 MEJ

2